IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

STATE FARM FIRE AND CASUALTY                                                      PLAINTIFF
INSURANCE COMPANY

V.                                                          CIVIL ACTION NO. 3:15-CV-99-SA-SAA

CEDRIC FLOWERS, RENEE FLOWERS,
ASHLEY SIMMONS, MICHAEL SIMMONS,
JETTIFER SCOTT, RICKY SCOTT,
CITIZENS BANK AND TRUST CO.
OF MARKS, MISSISSIPPI,
CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S LONDON                                                                 DEFENDANTS

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Court declares that the homeowner's policy issued by State Farm to Cedric Flowers on April 19, 2012 was void *ab initio*.

State Farm's Motion for Summary Judgment [55] is GRANTED.

Summary judgment in State Farm's favor is also GRANTED on all of the Defendants' counterclaims.

Pursuant to Federal Rule of Civil Procedure 57, and 28 U.S.C. §2201, this declaration is equally binding on all of the parties to this action.

**SO ORDERED on this the 19th day of April, 2016.**

                                               **/s/ Sharion Aycock**
                                               **UNITED STATES DISTRICT JUDGE**